UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Writ of Habeas Corpus Ad Testificandum        :    Misc. No.
                                                      :    05-

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The United States of America, by the United States Attorney for the Eastern District of Pennsylvania, respectfully represents:

1.      Stephen Lawrence (a/k/a Stephon Lawrence) is a witness to certain drug-related activity.  That activity is the subject of a parole revocation hearing being conducted by the United States Parole Commission.  Said parole revocation hearing concerns the parole of Bruce Kramm, date of birth January 11, 1958.[1]

2.      Stephen Lawrence (a/k/a Stephon Lawrence), Prisoner Identification Number EE3885, date of birth November 17, 1966, is presently confined in the Pennsylvania State Correctional Institution Fayette, 50 Overlook Drive, LaBelle, Pennsylvania, 15450-1050.

3.      Pursuant to 18 U.S.C. § 4214(a)(2), the United States Parole Commission intends to subpoena for Stephen Lawrence (a/k/a Stephon Lawrence) to appear at a parole revocation hearing on March 8, 2005, at 9:00 a.m., to be held at the Federal Detention Center, 700 Arch Street, Philadelphia, Pennsylvania, 19106.  Section 4214(a)(2) gives the United States District Court in the district in which the parole proceeding is being conducted the authority to enforce a Commission's subpoena.

---

[1]Because Kramm was sentenced in 1985 to a lifetime special parole term under 21 U.S.C. § 841(c) (which provision has since been amended), the provisions of Title 18, Chapter 311, 18 U.S.C. §§ 4201-4218 govern Kramm's parole.

1

2

WHEREFORE, your petitioner prays this Honorable Court for a Writ of Habeas Corpus Ad Testificandum directed to the Superintendent of the Pennsylvania State Correctional Institution Fayette, 50 Overlook Drive, LaBelle, Pennsylvania, 15450-1050, and the United States Marshal for the Eastern District of Pennsylvania, requiring them to produce Stephen Lawrence (a/k/a Stephon Lawrence), Prisoner Identification Number EE3885, date of birth November 17, 1966, on March 8, 2005, to appear at a parole revocation hearing to be held at the Federal Detention Center, 700 Arch Street, Philadelphia, Pennsylvania, 19106, at 9:00 am, and that immediately upon the termination of the proceedings, Stephen Lawrence be delivered into the custody of the institution.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney


MICHAEL S. BLUME
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Writ of Habeas Corpus Ad Testificandum            :    Misc. No.
                                                         :    05-

**ORDER**

AND NOW, this _____ day of _____, 2005, it is hereby

ORDERED

that the Superintendent of Pennsylvania State Correctional Institution Fayette, 50 Overlook

Drive, LaBelle, Pennsylvania, 15450-1050, and the United States Marshal for the Eastern

District of Pennsylvania, produce the body of Stephen Lawrence (a/k/a Stephon Lawrence),

Prisoner Identification Number EE3885, date of birth November 17, 1966, on March 8, 2005, to

appear at a parole revocation hearing to be held at 9:00 a.m. at the Federal Detention Center, 700

Arch Street, Philadelphia, Pennsylvania, 19106, and that immediately upon the termination of

the proceedings, Stephen Lawrence be delivered into the custody of the institution.

BY THE COURT:

_____
*Judge, United States District Court*

DATED: _____

1